413 A.2d 1131

Commonwealth v. Hilliard, Appellant.

 Ar-

620

gued March 22, 1979. Taylor P. Andrews, Public Defender, submitted a brief on behalf of appellant; Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.